UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIUAN J MOORE, § <br> § <br> *Petitioner*, § <br> § <br> v. § <br> § <br> STATE OF TEXAS, § <br> § <br> *Respondent.* § | Civil Action No. 3:24-CV-1822-X-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 14). The Court construes Petitioner Tiuan J. Moore's letter received October 28, 2024 as an objection. (Doc. 15). Petitioner does not specify which portion of the findings, conclusions, and recommendation he specifically objects to pursuant to and appears to repeat the arguments presented to the Magistrate Judge in this case.[1] The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

---

1 *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

1

**IT IS SO ORDERED** this 3rd day of December, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE